JOHN T. KEATING
Nevada Bar No. 6373
COLIN P. CAVANAUGH
Nevada Bar No. 13842
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
ccavanaugh@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Metropolitan Group Property
and Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BENJIE SANCHEZ,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS XI through XX,<br><br>Defendants. | CASE NO.: 2:17-cv-01945-RFB-PAL<br><br>**STIPULATION AND ORDER TO REMAND TO STATE COURT** |

IT IS HEREBY STIPULATED by and between Plaintiff BENJIE SANCHEZ and Defendant METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY by and through their respective counsel, that this matter shall be remanded back to State Court, on the following terms:

1.  This action was originally filed in state court, namely the Eighth Judicial District Court of Clark County, Nevada, Case No. A-17-757557-C, and Defendant removed it to Federal Court on or about July 17, 2017, on the basis of diversity jurisdiction.

2.  On or about July 28, 2017, Defendant filed a Motion to Dismiss Plaintiff's Second, Third and Fourth Causes of Action, respectively for Breach of Covenant of Good Faith/Insurance

1

Bad Faith, Violation of Unfair Claims Practices Act, and Negligent and/or Intentional Misrepresentation.

3. On or about August 11, 2017, Plaintiff filed a First Amended Complaint. The First Amended Complaint alleges only a single cause of action for Breach of Contract and no longer contains the three above-referenced causes of action at issue in Defendant's Motion to Dismiss. The First Amended Complaint also alleges that the amount in controversy is not greater than $50,000, exclusive of attorney's fees, interest and court costs.

**WHEREFOR**, the parties hereby stipulate that this matter shall be remanded back to state court in the Eighth Judicial District Court of Clark County, Nevada, Case No. A-17-757557-C, to proceed through Nevada's arbitration program under NRS 38.250, et seq.

DATED this 15th day of August, 2017.

**KEATING** LAW GROUP

By: /s/COLIN P. CAVANAUGH
COLIN P. CAVANAUGH
Nevada Bar No.: 13842
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant
*Metropolitan Group Property and Casualty Insurance Company*

DATED this 15th day of August, 2017.

**HENNESS & HAIGHT**

By: /s/SHAUN M. ROSE
Shaun M. Rose, Esq.
Nevada Bar No. 13945
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Attorneys for Plaintiff
*Benjie Sanchez*

(*Order on following page.*)

## ORDER

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties, that this matter shall be remanded back to state court in the Eighth Judicial District Court of Clark County, Nevada, Case No. A-17-757557-C, to proceed through Nevada's arbitration program under NRS 38.250, et seq.

All matters and deadlines currently set in this federal action are taken off calendar.

DATED this 16th day of August, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully Submitted by:

K E A T I N G LAW GROUP

/s/ COLIN P. CAVANAUGH
COLIN P. CAVANAUGH
Nevada Bar No.: 13842
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorneys for Defendant
*Metropolitan Group Property and Casualty Insurance Company*